1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
For the Northern District of California

8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

Oakland Division

11

MONTEVINA PHASE 1 LLC, *et al.*,

No. C 11-01354 LB

12

           Plaintiffs,

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDERING PLAINTIFF TO SUBMIT DISMISSAL PAPERS WITHIN 45 DAYS**

13

   v.

14

TRAVELERS PROPERTY CASUALTY, *et al.*,

15

           Defendants.

16

_____/

17

   On July 25, 2011, the parties filed a notice of settlement.  ECF No. 12 at 1.  The agreement calls

18

for a stipulation of dismissal to be filed in the next 30 days.  *Id.*  The parties also asked the court to

19

vacate the initial case management conference.  *Id.* at 2.

20

   The court **VACATES** the initial case management conference currently scheduled for July 25,

21

2011.  The court also **ORDERS** Plaintiffs to file dismissal papers by September 8, 2011.

22

   **IT IS SO ORDERED.**

23

Dated: July 26, 2011

_____

24

LAUREL BEELER
United States Magistrate Judge

25
26
27
28