MARJIE D. BARROWS (SBN. 122129)
ANDREA BEDNAROVA (SBN 250709)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEVINA PHASE 1 LLC, and MONTEVINA PHASE 1 OWNERS ASSOCIATION LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 11 01354 LB<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint filed: February 9, 2011<br>Trial Date: None Set |

1. WHEREAS, Plaintiffs Montevina Phase I LLC and Montevina Phase I Owners Association LLC have agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

2. WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and Mutual Release In Full; and

3. WHEREAS, the parties to this action agree that each side is to bear its own costs in this action;

///

///

-1-
STIPULATION AND ORDER OF DISMISSAL             Case No. CV 11 01354 LB

The parties to this action stipulate, through their respective attorneys of record, that Plaintiffs Montevina Phase I LLC and Montevina Phase I Owners Association LLC hereby dismiss this action in its entirety, with prejudice, each side bearing its own costs.

DATED:   July 21, 2011          RALLS & NIECE LLP

By: _____
John W. Ralls
Attorneys for Plaintiffs Montevina Phase I LLC and Montevina Phase I Owners Association LLC

DATED:   July 28, 2011          FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _____
Marjie D. Barrows
Attorneys for Travelers Property Casualty Company of America

## ORDER

The Court has considered the above stipulation and, IT IS SO ORDERED.

DATED:   August 19, 2011

_____
Laurel Beeler, Magistrate Judge of the U.S. District Court for the Northern District of California

*SO ORDERED* [stamp signed LB, Judge Laurel Beeler]